

# NUMBER 13-15-00168-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE ERNESTO LUGO,
INDIVIDUALLY, and LOVING
TOUCH ADULT DAY CARE, INC.,                                      Appellants,

v.

IRENE GARZA,                                                      Appellee.

## On appeal from the County Court at Law No. 6 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellants, Jose Ernest Lugo, Individually, and Loving Touch Adult Day Care, Inc.,

perfected an appeal from a judgment entered by the County Court at Law No. 6 of Hidalgo

County, Texas, in cause number CL-14-3875-F.  Appellants have filed an unopposed

motion to dismiss the appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
22nd day of October, 2015.

2